UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONDA COOPER, ET AL.,

                            Plaintiffs,

-v-

MOUNT SINAI HEALTH SYSTEM, INC.,

                            Defendant.

23 Civ. 9485 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 20, 2024, Mount Sinai moved for leave to file an interlocutory appeal of the Court's decision that plaintiffs had plausibly alleged a claim under the federal Wiretap Act. Dkts. 28, 32. On September 3, 2024, plaintiffs filed a memorandum in opposition. Dkt. 39. On September 5, 2024, Mount Sinai replied. Dkt. 40. On September 6, 2024, this Court took up the issue during an initial pretrial conference with the parties. For the reasons reflected in the transcript of that conference, the Court denied Mount Sinai's motion for leave to file an interlocutory appeal.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket 32.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 6, 2024
       New York, New York