**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONDA COOPER, CORAL FRASER and GILBERT MANDA, *on behalf of themselves and all others similarly situated*,<br><br>                      Plaintiffs,<br><br>v.<br><br>MOUNT SINAI HEALTH SYSTEM, INC.,<br><br>                      Defendant. | Case No. 1:23-cv-09485-PAE<br><br>The Honorable Paul A. Engelmayer, United States District Judge |

## NOTICE OF SETTLEMENT

Plaintiffs Ronda Cooper, Coral Fraser and Gilbert Manda, individually and on behalf of all others similarly situated, and Defendant Mount Sinai Health System, Inc. hereby provide notice to this Honorable Court that, as a result of negotiations with the assistance of Mr. Bruce A Friedman *Esq.* of JAMS, the Parties were able to reach an agreement in principle to resolve the claims asserted in this case in their entirety via a class action settlement.

Accordingly, the Parties respectfully request that all pending dates be vacated so that a final settlement agreement can be negotiated and executed. The Parties further request that the Court set a date by which Plaintiffs must file their motion for preliminary approval of the class action settlement.

Dated: April 4, 2025

Respectfully submitted,

*/s/ David S. Almeida*
David S. Almeida
New York Bar No. 3056520
Elena A. Belov
New York Bar No. 4080891

Britany A. Kabakov\*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
T: (708) 529-5418
david@almeidalawgroup.com
elena@almeidalawgroup.com
britany@almeidalawgroup.com

**WEITZ & LUXENBERG, PC**
James J. Bilsborrow
New York Bar No. 4702064
700 Broadway
New York, NY 10003
(212) 558-5500
jbilsborrow@weitzlux.com

*\*pro hac vice admission*

*Attorneys for Plaintiffs & Putative Classes*

*/s/ David Carney*
David Carney
**BAKER & HOSTETELER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 621-0200
dcarney@bakerlaw.com

*Counsel for Defendant Mount Sinai Health System, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 4, 2025, the foregoing NOTICE OF SETTLEMENT has been electronically filed with the Court today, causing notice of the same to be served on counsel of record by operation of the ECF system.

*/s/ David S. Almeida*