**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONDA COOPER, CORAL FRASER and GILBERT MANDA, *on behalf of themselves and all others similarly situated*,<br><br>        Plaintiffs,<br><br>v.<br><br>MOUNT SINAI HEALTH SYSTEM, INC.,<br><br>        Defendant. | Case No. 1:23-cv-09485-PAE<br><br>The Honorable Paul A. Engelmayer, United States District Judge |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Almeida Law Group LLC, dated May 5, 2025, together with Exhibits 1 and 2 attached thereto, and the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and upon all of the pleadings and proceedings herein, Plaintiffs, by their undersigned counsel, move this Court under Fed. R. Civ. P. 23(e) for an Order granting preliminary approval of settlement and directing notice to the proposed settlement class.

Plaintiffs have consulted with counsel for Defendant Mount Sinai Health System, Inc. and they do not oppose this Motion.

Dated: May 5, 2025

Respectfully submitted,

*/s/ David S. Almeida*
David S. Almeida
New York Bar No. 3056520
Britany A. Kabakov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue

Chicago, Illinois 60614
T: (708) 529-5418
david@almeidalawgroup.com
britany@almeidalawgroup.com

**WEITZ & LUXENBERG, PC**
James J. Bilsborrow
New York Bar No. 4702064
700 Broadway
New York, NY 10003
(212) 558-5500
jbilsborrow@weitzlux.com

*pro hac vice admission*

*Attorneys for Plaintiffs & Putative Classes*

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 5, 2025, the foregoing has been electronically filed with the Court today, causing notice of the same to be served on counsel of record by operation of the ECF system.

*/s/ David S. Almeida*