UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONDA COOPER, CORAL FRASER and GILBERT MANDA, *on behalf of themselves and all others similarly situated*,

                      Plaintiffs,

-v-

MOUNT SINAI HEALTH SYSTEM, INC.,

                      Defendant.

23 Civ. 9485

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby adjourns the Final Approval Hearing to **November 3, 2025 at 2:30 p.m.** at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. A phone number by which to join telephonically will be made available on the docket closer to that date.

The parties are directed to coordinate with the Settlement Administrator, Kroll, LLC, to update the Settlement Website to provide notice of the hearing date to class members, and to display a banner on the website reflecting the same.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: September 30, 2025
        New York, New York