# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONDA COOPER, CORAL FRASER and GILBERT MANDA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNT SINAI HEALTH SYSTEM, INC.,<br><br>Defendant. | Case No. 1:23-cv-09485-PAE<br><br>The Honorable Paul A. Engelmayer, United States District Judge |

## PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum in Support of the Unopposed Motion for Final Approval of Settlement, annexed Declaration of Frank Ballard of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement and exhibits, and upon all the pleadings and proceedings herein, Plaintiffs, by and through their undersigned attorneys, respectfully move this Honorable Court for entry of an Order (1) granting final approval to the Settlement, (2) granting final certification to the Settlement Class, and (3) such other relief as will be requested at the Final Approval Hearing scheduled to be conducted on November 3, 2025 at 2:30 p.m. before this Honorable Court.[1]

Dated: October 20, 2025                                             Respectfully submitted,

                                                                    /s/ *David S. Almeida*

---

[1] All capitalized terms in this Notice of Motion shall have the same meanings as those defined in the Settlement Agreement, Dkt. No. 64-1.

David S. Almeida
Britany A. Kabakov
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
Tel: (708) 437-6476
david@almeidalawgroup.com
britany@almeidalawgroup.com

James J. Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs &
the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2025, I electronically filed this Notice of Motion and accompanying documents with the Clerk of Court using the CM/ECF system, which sent electronic notification of such filings to all attorneys of record.

/s/ *David S. Almeida*
David S. Almeida
