UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONDA COOPER, CORAL FRASER, *and* GILBERT MANDA, *on behalf of themselves and all others similarly situated*,

                Plaintiffs,

-v-

MOUNT SINAI HEALTH SYSTEM, INC,

                Defendant.

23 Civ. 9485

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record yesterday in a lengthy bench ruling, the Court has approved (1) the proposed class action settlement; and (2) attorneys' fees, costs, and service awards. The Court has issued a separate order as to those subjects.

The Clerk of Court is therefore respectfully directed to terminate the motions pending at dockets 67 and 72, and to close this case.

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 4, 2025
       New York, New York