**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RONDA COOPER, CORAL FRASER and
GILBERT MANDA, on behalf of themselves
and all others similarly situated,

                            Plaintiffs,                23 **CIVIL** 9485 (PAE)

          -against-                      **RULE 54(b) JUDGMENT**

MOUNT SINAI HEALTH SYSTEM, INC.,

                            Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated November 4, 2025, the Court awards Plaintiffs' counsel

(i) $1,247,771.10 in attorneys' fees and (ii) $16,403.60 in litigation expenses, and awards

(iii) $2,500 to each of the class representative plaintiffs. Pursuant to the Settlement Agreement,

the fees and expenses shall be paid from the Settlement Fund; pursuant to Fed. R. Civ. P. 54(b),

there is no just reason to delay judgment is hereby entered.

**Dated:** New York, New York
        November 5, 2025

                              **TAMMI M. HELLWIG**
                                   **Clerk of Court**

             **BY:**
                                   **Deputy Clerk**