UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONDA COOPER, CORAL FRASER, *and* GILBERT MANDA,<br>Plaintiffs,<br>-v-<br>MOUNT SINAI HEALTH SYSTEM, INC.,<br>Defendant. | 23 Civ. 9485 (PAE) |

**ORDER DIRECTING *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**

PAUL A. ENGELMAYER, District Judge:

Plaintiffs' motion for an order approving a *cy pres* distribution of the residual unclaimed settlement funds is hereby GRANTED. The remaining funds of $56,328.83, plus any interest that has accrued on that amount, shall be donated to Ronald McDonald House New York.

IT IS SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: September 3, 2026
New York, New York